# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

DR. LESLIE HANNAH,                )
                                  )
                    Plaintiff,    )
                                  )
vs.                               )        Case No. CIV-14-74-RAW
                                  )
NORTHEASTERN STATE UNIVERSITY,    )
et al.,                           )
                                  )
                    Defendants.   )


## <u>JURY NOTES</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

Re: Case _Hannah vs. NSU_

## Note from the Jury

CT.
EX. 1

YOUR HONOR,

I request the opportunity to call my wife in regards
to childcare this afternoon.

— Jason Proctor

Date: 10/13/16
Time: 2:00

## Response from the Court

TO THE JURY:

_Permission granted._

Date: 10/13/16
Time: 2:01

_Ronald A. White_

United Stated District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

Re: Case _Dr. Leslie Hannah v. NSU_

### Note from the Jury

YOUR HONOR,

_We have reached a verdict_

CT.
EX. 2

Date: _10/11/2016_
Time: _4:56_

### Response from the Court

TO THE JURY:

Date: _____
Time: _____

_____
United Stated District Judge