# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. LESLIE HANNAH,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. BRIAN COWLISHAW,<br>DR. DONNA SHELTON,<br>DR. D. AUDELL SHELBURNE,<br>DR. PHILLIP BRIDGMON,<br>DR. STEVE TURNER,<br>DR. WILLIAM RUGG, and<br>NORTHEASTERN STATE UNIVERSITY,<br><br>    Defendants. | Case No. CIV-14-074-RAW |

## JUDGMENT

This matter came on for trial on October 4, 2016.  On October 7, 2016, Plaintiff voluntarily dismissed Dr. D. Audelle Shelburne, Dr. Steve Turner and Dr. Rugg.  Also, on October 7, 2016, the court dismissed Dr. Brian Cowlishaw, Dr. Shelton and Dr. Bridgmon.  On October 11, 2016, the jury returned a verdict for Northeastern State University.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court hereby enters this Judgment for Defendants and against Plaintiff.

    IT IS SO ORDERED this 18th day of October, 2016.

_____
**HONORABLE RONALD A WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**